IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELI MAXENE LOUIS,

       Petitioner,

v.

                                                    CASE NO.  4:07cv325-RH/WCS

MICHAEL B. MUKASEY, et al.,

       Defendants.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 25), to which no objections have been filed.  Upon consideration,

       IT IS ORDERED:

       The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition is dismissed as moot."  The clerk shall close the file.

       SO ORDERED this 20th day of May, 2008.

                                                 s/Robert L. Hinkle
                                                 Chief United States District Judge